**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARIE DECUNTO and JOSEPH DECUNTO, | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 1:06-CV-00144 T |
| VS. | : | |
| WYETH dba WYETH, INC., WYETH PHARMACEUTICALS, INC., PHARMACIA & UPJOHN COMPANY LLC fka PHARMACIA & UPJOHN COMPANY, PFIZER, INC., and GREENSTONE LTD., | : | |
| Defendants. | : | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Order and Federal Rule of Civil Procedure 7.1, defendants Wyeth d/b/a Wyeth, Inc. ("Wyeth") and Wyeth Pharmaceuticals Inc. respectfully submit this Corporate Disclosure Statement. Wyeth does not have a parent corporation. No publicly-held corporation owns ten percent (10%) or more of Wyeth' s stock. Wyeth Pharmaceuticals Inc. is an indirectly held, wholly-owned incorporated subsidiary of Wyeth which is a publicly held corporation.

DEFENDANTS, WYETH dba WYETH, INC. and WYETH PHARMACEUTICALS INC.

By [signature]
Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Their Attorneys

DATED: April 26, 2006

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on April 26, 2006, postage prepaid, to:

Donald A. Migliori, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903
*Attorneys for Plaintiff*

Joseph K. Scully