UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARIE DECUNTO and JOSEPH DECUNTO,<br><br>Plaintiffs,<br>VS.<br><br>WYETH dba WYETH, INC., WYETH PHARMACEUTICALS, INC., PHARMACIA & UPJOHN COMPANY LLC fka PHARMACIA & UPJOHN COMPANY, PFIZER, INC., and GREENSTONE LTD.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:06-CV-00144 T |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER**

1. This case is one of more than five hundred pending federal cases in which plaintiffs seek relief in connection with their use of the prescription drug Prempro.

2. On March 4, 2003, the Judicial Panel on Multidistrict Litigation (the "MDL Panel") ordered that centralization pursuant to 28 U.S.C. § 1407 was appropriate for the litigation concerning claims for relief by Prempro users, and the Panel issued a Transfer Order assigning the litigation to Judge William R. Wilson, Jr. of the Eastern District of Arkansas. *See In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW (E.D. Ark.).

3. Pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Wyeth d/b/a Wyeth, Inc. and Wyeth Pharmaceuticals Inc. (hereinafter collectively "Wyeth") shall promptly notify the Panel that this case qualifies as a "tag-along" action. It is expected that the Panel will shortly issue a Conditional Transfer Order listing this case.

4. Under Practice and Procedure Order No. 1 of *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, Wyeth is relieved of its obligation to answer

complaints in "tag-along" actions, and one of two answers on file with the MDL court are deemed the answer in such actions.

5. Accordingly, defendant Wyeth moves this Court for an extension of time to answer or otherwise respond to the Complaint through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished pursuant to 28 U.S.C. § 1407.

6. Wyeth has consulted with counsel for plaintiff, Donald A. Migliori, who consents to this extension of time.

DEFENDANTS, WYETH dba WYETH, INC. and WYETH PHARMACEUTICALS INC.

GRANTED

Ernest C. Torres
Chief, US District Judge
5/16/06

By Joseph K. Scully
Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Their Attorneys

DATED: April 26, 2006

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed on April 26, 2006, postage prepaid, to:

Donald A. Migliori, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903
*Attorneys for Plaintiff*

Joseph K. Scully