RECEIVED

MAY 12 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE DECUNTO and JOSEPH DECUNTO, Plaintiffs, | : | |
| v. | : | C.A. No. 06-144 T |
| WYETH, dba WYETH, INC., ET AL., Defendants. | : | |

**STIPULATION**

Plaintiffs Marie DeCunto and Joseph DeCunto and Defendants Pharmacia & Upjohn Company LLC, Pfizer, Inc. and Greenstone Ltd hereby stipulate and agree, pursuant to Local Rule 29(b), that the time for Pharmacia & Upjohn Company LLC, Pfizer, Inc. and Greenstone Ltd. to answer or otherwise respond to Plaintiffs' Complaint is hereby extended until June 29, 2006.

MARIE DECUNTO AND
JOSEPH DECUNTO
By their Attorneys,

Donald Migliori /DMW

DONALD MIGLIORI (#4936)
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
Tel: (401) 457-7700
Fax: (401) 457-7708
Dated: May 12, 2006

PHARMACIA & UPJOHN COMPANY LLC,
PFIZER, INC. AND GREENSTONE LTD
By their Attorneys,

David A. Wollin

JOHN A. TARANTINO (#2586)
DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: May 12, 2006

ENTER Ernest C. Torres

Ernest C. Torres
Chief, U.S. District Judge

DATE 5/23/06

**CERTIFICATE OF SERVICE**

I hereby certify that on 12th day of May, 2006 I served a copy of the within by ~~hand delivery~~/first class mail, postage prepaid, upon the following counsel of record:

Donald A. Migliori, Esq.
Motley Rice, LLC
321 South Main Street
Providence, RI 02903

Joseph K. Scully, Esq
Day Berry & Howard, LLP
City Place I
Hartford, CT 06103

*381222_1.doc*