A CERTIFIED TRUE COPY

MAY 2 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2006

FILED
CLERK'S OFFICE

***DOCKET NO. 1507***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 31 2006

JAMES W. McCORMACK, CLERK
By: DEP CLERK

***IN RE PREMPRO PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-68)***

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,888 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By ______ D.C.

# SCHEDULE CTO-68 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA MIDDLE | |
| ALM 1 06-273 | Carol Adams v. Wyeth Pharmaceuticals, Inc., et al. |
| ARKANSAS WESTERN | |
| ARW 5 06-5051 | Judy E. Cavette v. Wyeth, et al. |
| ARW 6 06-6012 | Brenda Kaye Briscoe, et al. v. Wyeth, et al. |
| FLORIDA MIDDLE | |
| FLM 2 06-129 | Diane Nelson, et al. v. Wyeth, et al. |
| FLM 2 06-192 | Peggy Parsons v. Wyeth, Inc., et al. |
| FLM 5 06-110 | Theresa Ann Saylor, et al. v. Wyeth, et al. |
| FLM 5 06-120 | Patricia K. Purvis v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 6 06-357 | Patricia C. Myers, et al. v. Wyeth, Inc., et al. |
| FLM 6 06-386 | Barbara Williams v. Wyeth, et al. |
| FLM 8 06-504 | Julia Mahoney v. Wyeth, Inc., et al. |
| FLORIDA SOUTHERN | |
| FLS 2 06-14082 | Carol Crittenden v. Wyeth, et al. |
| FLS 9 06-80249 | Rosemarie Sciales, et al. v. Wyeth, et al. |
| GEORGIA NORTHERN | |
| GAN 1 06-587 | William T. Parker, et al. v. Wyeth, Inc., et al. |
| GAN 1 06-732 | George O. Warren, etc. v. Wyeth, et al. |
| ILLINOIS NORTHERN | |
| ILN 1 06-1589 | Judith A. Muasher v. Wyeth, et al. |
| MASSACHUSETTS | |
| MA 1 06-10542 | Margaret A. Hagen v. Wyeth, Inc., et al. |
| MINNESOTA | |
| MN 0 06-872 | Jewell B. Lacina v. Wyeth, et al. |
| MN 0 06-879 | Shirley A. Lincoln, et al. v. Wyeth, et al. |
| MN 0 06-880 | Teresa Przybysz v. Wyeth, et al. |
| MN 0 06-1113 | Glenda Bailey v. Pfizer Inc., et al. |
| MN 0 06-1150 | Anna Brans v. Wyeth, et al. |
| MN 0 06-1270 | Charlotte A. Keller v. Pfizer Inc., et al. |
| MN 0 06-1287 | Maxine Caietti v. Wyeth, et al. |
| MN 0 06-1331 | Shirley A. Payne v. Wyeth, et al. |
| MN 0 06-1335 | Eleanor Doran v. Wyeth, et al. |
| MN 0 06-1337 | Judith Cockcroft, et al. v. Wyeth, et al. |
| MN 0 06-1338 | Mary A. Lies, et al. v. Wyeth, et al. |
| MN 0 06-1339 | Alda J. Ruscelli, et al. v. Wyeth, et al. |
| MN 0 06-1340 | Marcella Haushahn, et al. v. Wyeth, et al. |
| MN 0 06-1341 | Betty B. Holmes, et al. v. Barr Pharmaceuticals, Inc., et al. |
| MN 0 06-1342 | Arlyne Druckman, et al. v. Wyeth, et al. |
| MN 0 06-1354 | Sandra Moody v. Wyeth, et al. |
| MN 0 06-1355 | Ella M. Novek v. Wyeth, et al. |

SCHEDULE CTO-68 - TAG-ALONG ACTIONS MDL-1507



| DIST. DIV. C.A. # | CASE CAPTION |
| --- | --- |
| MN 0 06-1356 | Doris Baker v. Wyeth, et al. |
| MN 0 06-1358 | Katherine Ann Barron v. Wyeth, et al. |
| MN 0 06-1359 | Glenda Schexnayder v. Wyeth, et al. |
| MN 0 06-1361 | Norma Harrison v. Wyeth |
| MN 0 06-1378 | Shirley J. Bradley v. Wyeth, et al. |
| MN 0 06-1416 | Gladys Hubbard, et al. v. Wyeth, et al. |
| MN 0 06-1417 | Janice A. Bechel, et al. v. Wyeth, et al. |
| MN 0 06-1418 | Nancy J. Borne v. Wyeth, et al. |
| MN 0 06-1419 | Marleny Mitchel v. Wyeth |
| MN 0 06-1420 | Jean S. Robinson v. Wyeth |
| MN 0 06-1422 | Myra Belote, et al. v. Wyeth, et al. |
| MN 0 06-1423 | Claudia Guillot, et al. v. Wyeth, et al. |
| MN 0 06-1433 | Linda W. Moffett v. Wyeth, et al. |
| MN 0 06-1448 | Kathleen Johnson, et al. v. Wyeth, Inc., et al. |
| MN 0 06-1449 | Jeanine Eiseland, et al. v. Novartis, Inc., et al. |
| MISSISSIPPI SOUTHERN | |
| MSS 5 06-59 | Keiran Hunter, etc. v. Wyeth, et al. |
| NEW MEXICO | |
| NM 1 06-255 | Linda Nichols v. Wyeth, et al. |
| PENNSYLVANIA EASTERN | |
| PAE 2 06-746 | Eloise Hall, et al. v. Wyeth, et al. |
| RHODE ISLAND | |
| RI 1 06-144 | Marie DeCunto, et al. v. Wyeth, Inc., et al. |
| TEXAS SOUTHERN | |
| TXS 6 05-127 | Vincent L. Schons, etc. v. Wyeth, et al. |
| TEXAS WESTERN | |
| TXW 1 06-153 | Sandra P. Valentine v. Wyeth, et al. |